# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:11CR96 |
| vs. | ) | |
| | ) | ORDER |
| DALE M. WEINSTEIN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's MOTION TO EXTEND TIME IN WHICH TO FILE PRETRIAL MOTIONS [24].  The record shows that this deadline expired June 13, 2011. The present motion was not timely filed, and the court finds that the defendant has not shown good cause for reopening the deadline.

**IT IS ORDERED:**

Defendant's MOTION TO EXTEND TIME IN WHICH TO FILE PRETRIAL MOTIONS [24] is denied.

**DATED this 15th day of July, 2011.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**