IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR96 |
| | ) | |
| v. | ) | |
| | ) | |
| DALE M. WEINSTEIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue trial (Filing No. 29). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; trial of this matter is rescheduled for:

**Tuesday, November 22, 2011, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska. This will give the parties time to pursue plea negotiations or prepare for trial and will accommodate the schedule of the Court, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between September 6, 2011, and November 22, 2011, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 22nd day of August, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court